Certificate Number: 03088-TXE-DE-037471021

Bankruptcy Case Number: 23-40859



03088-TXE-DE-037471021

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2023, at 2:10 o'clock AM CDT, Christopher D Usrey completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date:  May 31, 2023   By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor